Mr. Chief Justice Marshall
delivered the opinion of the Court.-—
The Court has had this, case under its consideration, and is of opinion that the Circuit Court had no authority to order a peremptory nonsuit, against the will pf the plaintiff. He had *472 a right by law to a trial by a jury; and to have had the case submitted to them.- He might agree to a nonsuit;- but if he did not so choose, the Court; could not compel him- to submit to it. But the state.of the' record does not en.able'this Court to render a final judgment, because the record is defective, in not shiow-inga judgment of nonsuit, entered in the Circuit Court. Although the bill of. exceptions states that fact yet the-record does not contain the judgment itself..
The plaintiff may therefore apply for a. certiorari, tp bring up a perfect record,-or dismiss-.the present writ of error and proceed anew; as his counsel may think best for the interest of their client. '*